# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE LEON,<br><br>        Plaintiff(s),<br><br>  v.<br><br>NISSAN GOLSHIRAZIAN dba ROMA DESIGN JEWELERS,<br><br>        Defendant(s). | CASE NO. CV08-19-AHM (RCx)<br><br>ORDER DISMISSING CIVIL ACTION BY VIRTUE OF SETTLEMENT |

The Court having been advised by the parties that the above-entitled action has been settled;

IT IS THEREFORE ORDERED that this action is dismissed without prejudice to the right, upon good cause shown within 30 days, to reopen this action if settlement is not consummated.

IT IS SO ORDERED.

Date: March 5, 2008

_____
A. Howard Matz
United States District Court Judge

**Make JS-6**